IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TOGO'S EATERIES, INC., et al.,

    Plaintiffs,               No. CIV S-05-1076 WBS KJM

    vs.

TBR DEVELOPMENT, et al.,

    Defendants.             ORDER

_____/

        Plaintiffs filed the above-entitled action.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 4, 2006, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days.  No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed April 4, 2006, are adopted in full.

/////

1    2. Plaintiffs' motion for entry of default judgment against defendants TBR and
2 Fearon is granted and that damages are awarded as follows:
3        (a) against TBR and Fearon, jointly and severally, and in favor of Togo's
4 in the amount of $64,545.36 under the Franchise Agreements;
5        (b) against TBR and in favor of Togo's in the amount of $104,610.46
6 under the Security Agreement; and
7        (c) against TBR and Fearon, jointly and severally, and in favor of Baskin-
8 Robbins in the amount of $11,765.70 under the Fairfield Franchise Agreement.
9    3. Attorneys' fees and costs are awarded against TBR and Fearon, jointly and
10 severally, and in favor of Togo's/Baskin-Robbins in the amount of $19,657.82.
11 DATED: May 26, 2006

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

16 togo1076.801