# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| TOGO'S EATERIES, INC., a California corporation; BASKIN-ROBBINS USA, CO., a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TBR DEVELOPMENT, a California corporation; GARY MORRIS, an individual, DOUGLAS FEARON, an individual,<br><br>Defendants. | NO. 05-CV-01076-WBS-KJM<br><br>[PROPOSED] DEFAULT JUDGMENT |

This matter has come before the Court on the Application filed by plaintiffs Togo's Eateries, Inc. and Baskin-Robbins USA, Co. ("Plaintiffs") for Default Judgment by Court against defendants TBR Development and Douglas Fearon.

IT IS ORDERED, ADJUDGED AND DECREED as follows:

That default judgment be entered against defendants TBR Development ("TBR") and Douglas Fearon and in favor of plaintiffs Togo's Eateries, Inc. ("Togo's") and Baskin-Robbins USA, Co. ("Baskin-Robbins") and damages awarded as follows:

(a) against TBR and Fearon, jointly and severally, and in favor of Togo's in the amount of $64,545.36 under the Franchise Agreements;

(b) against TBR and in favor of Togo's in the amount of $104,610.46 under the Security Agreement;

(c) against TBR and Fearon, jointly and severally, and in favor of Baskin-Robbins in the amount of $11,765.70 under the Fairfield Franchise Agreement.

(d) Attorneys' fees and costs awarded against TBR and Fearon, jointly and severally, and in favor of Togo's/Baskin-Robbins in the amount of $19,657.82.

DATED: 6/9/2006

Hon. William B. Shubb
United States District Court Judge

Submitted by:

**PERKINS COIE** LLP

By _____
Gabriel Liao,
Attorneys for Plaintiffs
Togo's Eateries, Inc. and
Baskin-Robbins USA, Co.

## PROOF OF SERVICE - MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am and was at all times herein mentioned employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action or proceeding. My business address is 1620 26th Street, Sixth Floor, Santa Monica, California 90404.

On June 9, 2006, I served a true copy of [PROPOSED] DEFAULT JUDGMENT on the interested parties in this action by placing said document enclosed in a sealed envelope (for collection and mailing, with postage thereon fully prepaid, on the same date, following ordinary business practices) in an internal collection basket, addressed as follows:

TBR Development
c/o Gary Morris
Agent for service of process
147 Elna Avenue
Vallejo, CA  94592

Douglas Fearon
326 Ponderosa Drive
Elmira, CA  95687

I am readily familiar with this business's practices concerning collection and processing of correspondence for mailing with the United States Postal Service, and declare that correspondence is deposited with the United States Postal Service on the same day it is internally collected at Perkins Coie LLP in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct; that I am employed in the office of a member of the Bar of this Court at whose direction this service was made; and that this Proof of Service was executed on June 9, 2006, at Santa Monica, California.

_____
Sharon Jones